*Corrected Copy as of 23 October 2018*

# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――

**No. 201800214**

―――――――――――

**UNITED STATES OF AMERICA**
*Appellee*

v.

**William L. TAITT, Jr.**
Operations Specialist First Class (E-6), U.S. Navy
*Appellant*

―――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander William H. Weiland, JAGC, USN

For Appellant: Captain Scott F. Hallauer, JAGC, USN
For Appellee: Brian K. Keller, Esq.

―――――――――――

Decided 19 October 2018

―――――――――――

Before HUTCHISON, LAWRENCE, and, STINSON
*Appellate Military Judges*

―――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court

*Role of Military Judge corrected.*